\===================================================================================

# \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

__NORTHERN__    DISTRICT OF    __NEW YORK__

JUDGMENT IN A CIVIL CASE

DOCKET NO 1:05-CV-1543 (LEK/GJD)

RAYMOND HOLMES,

      **Plaintiff,**

v.

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

_____    JURY VERDICT. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__XX__    DECISION by COURT. This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED and ADJUDGED that in the above entitled action, the action is DISMISSED in its ENTIRETY in favor of the Defendant (the decision of the Commissioner is affirmed) and against the Plaintiff; in accordance with the DECISION and ORDER of the Honorable Lawrence E. Kahn, U.S. District Judge for the Northern District of New York, dated May 09, 2007.

DATE:  May 09, 2007        ___LAWRENCE K. BAERMAN___
                                                     CLERK OF THE COURT

*(signed)* Scott A. Snyder
**Courtroom Deputy to the
Honorable Lawrence E. Kahn**